# United States District Court Violation Notice

**CVB Location Code:** EV-12

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7516451 | Bone | 124 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 1331, 10/12/2017
**Offense Charged:** ☐ CFR  ☐ USC  ☒ State Code — VSC 46.2-889
**Place of Offense:** 8718 Collis Road, Fort Belvoir, VA 22060 (DCA Parking Garage)
**Offense Description; Factual Basis for Charge:** Improper Parking
☐ HAZMAT

## DEFENDANT INFORMATION

**Last Name:** Jones
**First Name:** Brian
**M.I.:**

**VEHICLE VIN:** JTDKN3DU3A0044102   CMV ☐
**Tag No.:** DX-8775   **State:** DC   **Year:** 2010   **Make/Model:** Toyota Prius   **PASS** ☐   **Color:** Blue

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 60 Forfeiture Amount
$30 Processing Fee
**PAY THIS AMOUNT →** $90.00 Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 401 Courthouse Sq., Alexandria VA
**Date (mm/dd/yyyy):** 01/03/2018
**Time (hh:mm):** 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)   — Defendant Copy For Your Records (Yellow)